United States District Court
Northern District of Georgia, Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 27 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Jason Smith
Plaintiff

vs

Civil Action #: To be assigned by clerk

1:21-CV-4453

Keith Williams
Deputy Warden
Atlanta U.S.P.

Linda Quiles
Quality Assurance Manager
Atlanta U.S.P Unicor

Robert Morris
Education Supervisor
Atlanta U.S.P.

Ms. Whitley
Case Manager
Atlanta U.S.P.

Mr. Bowles
Plant manager
Atlanta USP Unicor

Civil Lawsuit for Fraud, Prison Conditions, Civil Rights, Banks/Banking Fraud and Racketeer Influenced and Corruption Originizations

Jurisdiction

1. This is a civil action brought by the plaintiff pursuant to 28 U.S.C. 1331 and 42 U.S.C. 1983

2. Plaintiff seeks injunctive [relief] damages and attorney fees in the total amount of $100.00 Dollars.

3. The court has subject matter jurisdiction of the federal claims asserted in this action under 28 U.S.C. 1331 and 42 U.S.C. 1983

Parties

Jason Smith #10004-010, P.O. Box 1000, Lewisburg, PA, 17837

Defendants

Keith Williams, Deputy Warden @ Atlanta USP, P.O. Box 150160, Atlanta, GA, 30303

Linda Quiles, Quality Assurance Manager, Atlanta USP, P.O. Box 150160, Atl, GA, 30315

Robert Morris, Education Supervisor, Atlanta USP, P.O. Box 150160, Atl, GA, 30315

Ms. Whitley, Case Manager, Atlanta USP, P.O. Box, 150160, Atl, GA 30315

Mr. Bowles, Factory Manager, Atlanta USP, P.O. Box, 150160, Atl, GA, 30315

## Factual Allegations.

The Plaintiff, Jason Smith was transfered to Atlanta USP in December 2020 after being investigated for Passing Counterfiet Securities, Tax Evasion and Money Laundering after a failed United States Presidential Bid. Mr. Smith was sentenced to 120 months for pleading guilty to one count of Passing counterfeit securities of an organization. Smith, a former politian from the State of Tennessee began working at Unicor Industries, inside of Atlanta USP. Smith was hired by Mr. Bowles, the Factory Manager as the Payroll clerk. After 2 weeks of working at Unicor, Mr. Bowles introduced Mr. Smith to Linda Quiles, the Quality Assurance Manager for Unicor. I was asked if I was an inside informant for the government, after going through an intensive interrigation, Deputy Warden Keith Williams came into the office and stated that he believe I was not "Hot", However if they found out that I was an informant, that they would make my time very hard. After that day, I was taught how to order celluar phones using an inner office telephone. I was instructed to order Celluar phones, Clippers, Ipads, Celluar Phone Chargers, and Fire Stichs for televisions in the dorms. It was also my responsibility to take inventory of all incoming contraband along with another office clerk, contraband included drugs. In April 2020, Mr. Bowles invited Mr. Smith into his office to meet Ms. Whitley who was a Case Manager in the same housing unit as Mr. Smith. Ms. Whitley brought with her a backpack that contained large quantatics of marijuana and Newport Cigarettes. I was instructed to make sure that the "Runners" got the merchandise to the inmates that purchased them. Mr. Bowles also instructed me to give Ms. Whitley my SSN and D.O.B, along with Pesonal history so that she could open 3 bank accounts in order to recieve and send money. I was told to check in with Ms. Whitley on a daily basis so that we can keep account of all the transactions, and to fill out an power of attorney naming Ms. Whitley as my

power of attorney so that she could have access to all accounts. Mr. Smith and Ms. Whitley began a sexual relationship with intercourse taking place around 10 or 11 times. Mr. Smith was instructed by Mr. Bowles to stay in contact with Ms. Quiles and Mr. Morris to make sure that their department clerks were getting the money for the products given. Every Friday, Mr. Smith would notify Keith Williams (Deputy Warden) of the cash flow for the week. In March 2021, with the approval of all the defendants, Ms. Whitley filed a Smith for U.S. Senate Committee with the Federal Election Commission, and then opened a bank account for that committee, and her and the defendants used that account to write checks to themselves. The frivilous campaign had over $300 Thousand Dollars in it in over six weeks. Ms. Whitley acted as the CFO of the campain under a frivilous name. The Plaintiff acted as the Chief Operating Officer of the corrupt activities of the facility due to the threats made to him by Mr. Bowles, Mr. Williams and Ms. Quiles. The defendant asserts that during his time as a part of this enterprise, he helped launder over 6 million dollars in 5 months. Mr. Smith asserts that he had no safety shelter inside of the institution because not only was the Deputy Warden Apart of the enterprise, but so was a large number of officers including Lieutenants, Captains, SIS and Executive Staff. The Plaintiff was in fear of his well-being during his time at the facility. The Plaintiff also asserts that he was responsible for issuing false education certificates by directions of the Education Supervisor Mr. Robert Morris.

Pg5

## Prayer

It is the prayer of this Plaintiff, that a jury trial be conducted, and if successful, that the Defendants be ordered to pay damages of $100.00 a piece and be removed from the Bureau of Prisons of the Justice Department.

Date: October 22, 2021

Jason Smith #10004-010

P.O. Box 1000
Lewisburg, PA 17837

CC: Attorney for the Plaintiff
    Kimberly Askew & Jerry Grisham
    The Cochran Firm
    8293 Tournament Drive
    Memphis, TN 38125